**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00960-CR

_____

**RODERICK FOUNTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1220863**

## ORDER

The reporter's record in this case was due **December 27, 2011**.  *See* Tex. R. App. P. 35.1.  **Brenda Burleigh** has not filed an extension of time to file the record.   The record has not been filed with the court.   We therefore issue the following order.

We order **Brenda Burleigh** to file the record in this appeal **within 30 days of the date of this order.**   If **Brenda Burleigh** does not timely file the record as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered.   Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM